

# Fourth Court of Appeals
## San Antonio, Texas

November 17, 2022

No. 04-22-00529-CR

Jenelius O. **CREW**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR12785
Honorable Stephanie R. Boyd, Judge Presiding

# **O R D E R**

The Appellant's Second Motion for Extension of Time to File Brief is hereby GRANTED. The appellant's brief is due on or before December 14, 2022. Further requests for extension of time will be disfavored.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of November, 2022.

_____
Michael A. Cruz,
Clerk of Court